IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS CATE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:10cv1075-MHT |
| | ) | (WO) |
| SERVICE CORPORATION | ) | |
| INTERNATIONAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court the plaintiffs' motion to remand (doc. no. 11) is granted and that this cause is remanded to the Circuit Court of Montgomery County, Alabama.

The clerk of this court is DIRECTED to take appropriate steps to effect the remand.

This case is closed.

DONE, this the 6th day of September, 2011.

                                         /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**